UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BOBBY WHITE, | 1:19-cv-01786-NONE-GSA-PC |
|---|---|
| Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
| vs. | (ECF No. 13.) |
| PFEIFFER, et al., | |
| Defendants. | |

Bobby White ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2021, Plaintiff filed a motion for a de novo review by the District Judge of the Magistrate Judge's order dismissing the Complaint. (ECF No. 13.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on March 10, 2021, is stricken from the record for lack of signature.

IT IS SO ORDERED.

Dated:   **March 12, 2021**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE