UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WHITE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PFEIFFER, et al.,<br><br>　　　　Defendants. | **1:19-cv-01786-NONE-GSA-PC**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROSECUTE CASE AS MOOT**<br>**(ECF No. 11.)**<br><br>**ORDER FOR CLERK TO SEND NEW CASE DOCUMENTS, INCLUDING FIRST INFORMATIONAL ORDER, TO PLAINTIFF**<br>**(ECF No. 3.)** |

　　　　Bobby White ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On December 23, 2019, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  On February 25, 2021, the court screened the Complaint and dismissed it for failure to state a claim, with leave to amend.  (ECF No. 10.)  To date Plaintiff has not amended the complaint.

　　　　On March 3, 2021, Plaintiff filed a motion to prosecute this case, requesting the court to screen his Complaint.  (ECF No. 11.)  Plaintiff also reported that he did not receive the First Informational Order for this case.  (Id.)

　　　　In light of the fact that the court screened Plaintiff's Complaint on February 25, 2021, Plaintiff's motion to prosecute is moot and shall be denied as such.  However, Plaintiff shall be

provided with a copy of the First Informational Order and the other new case documents filed on December 26, 2019 in this case.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to prosecute, filed on March 3, 2021, is denied as moot; and
2. The Clerk is directed to send Plaintiff the new case documents filed on December 26, 2019 in this case, including the First Informational Order (ECF No. 3).

IT IS SO ORDERED.

Dated: **March 18, 2021**           /s/ Gary S. Austin
                               UNITED STATES MAGISTRATE JUDGE