UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WHITE,<br><br>        Plaintiff,<br><br>   vs.<br><br>PFEIFFER, et al.,<br><br>        Defendants. | No. 1:19-cv-01786-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 19.)<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO OBEY A COURT ORDER, FAILURE TO STATE A CLAIM, AND FAILURE TO PROSECUTE<br><br>(Doc No. 1.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

     Plaintiff Bobby White is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On August 27, 2021, findings and recommendations were entered, recommending that this action be dismissed for plaintiff's failure to obey a court order, failure to state a claim, and failure to prosecute. (Doc. No. 19.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) On September 13, 2021, plaintiff requested an extension of time to file objections, and on September 16, 2021, the court granted

him a thirty-day extension. (Doc. Nos. 20, 21.) The thirty-day time period has passed, and plaintiff has not filed objections, requested another extension of time, or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued on August 27, 2021 (Doc. No. 19), are adopted in full;
2. This action is dismissed, for plaintiff's failure to obey a court order, failure to state a claim, and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 16, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE