UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WHITE,<br><br>          Plaintiff,<br><br>     vs.<br><br>PFEIFFER, et al.,<br><br>          Defendants. | **1:19-cv-01786-DAD-GSA-PC**<br><br>**ORDER STRIKING MOTION FOR LACK OF SIGNATURE**<br>**(ECF No. 25.)** |

Bobby White ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2022, Plaintiff filed a motion for reconsideration of the order dismissing this case. (ECF No. 25.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party.[1] Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on March 24, 2022, is stricken from the record for lack of signature.

IT IS SO ORDERED.

    Dated:  **March 25, 2022**            **/s/ Gary S. Austin**
                             UNITED STATES MAGISTRATE JUDGE

---

[1] "All pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them, *or by the party involved if that party is appearing in propria persona*." L.R. 131(b). (emphasis added.) Plaintiff is not an attorney and is not permitted to indicate his signature as "/s/ Bobby White." L.R. 131(c).