**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY WHITE,<br><br>    Plaintiff,<br><br> v.<br><br>PFEIFFER, et al.,<br><br>    Defendants. | 1:19-cv-01786-JLT-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 29.)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE<br><br>(Doc. 28.) |

  Bobby White ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On September 23, 2022, findings and recommendations were entered, recommending that Plaintiff's motion to reopen this case be denied. (Doc. 29.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day time period has expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued on September 23, 2022, (Doc. 29) are **ADOPTED IN FULL**.
2. Plaintiff's motion to reopen this case, filed on May 2, 2022, (Doc. 28), is **DENIED**.

IT IS SO ORDERED.

Dated:   **October 24, 2022**

UNITED STATES DISTRICT JUDGE